**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| DENNIS SHIPLEY, individually and on behalf of all others similarly situated; and CYNTHIA JOHNSON, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.  NO. 4:15CV00696 JLH | |
| LANDERS AUTO GROUP, LLC; NP VKW, LLC, d/b/a North Point Volkswagen; and VOLKSWAGEN GROUP OF AMERICA, INC. | DEFENDANTS |

**ORDER**

The consent motion to stay the proceedings pending action by the Judicial Panel on Multidistrict Litigation on matters relevant to this case is GRANTED. Issues excluded from the stay are (1) the dismissal of Landers Auto Group, LLC, and NP VKW, LLC, and (2) a determination by this Court as to whether the instant case is the first class action in the State of Arkansas regarding the subject matter of this action. Document #8.

IT IS SO ORDERED this 18th day of November, 2015.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE